Urban Well Acupuncture, P.C., a/a/o Zunilda Perez, Plaintiff-Respondent,
against
Erie Insurance Company of New York, Defendant-Appellant.



Defendant appeals from an order of the Civil Court of the City of New York, New York County (Paul A. Goetz, J.), entered March 12, 2015, which denied its motion for summary judgment dismissing the complaint.




Per Curiam.
Order (Paul A. Goetz, J.), entered March 12, 2015, reversed, with $10 costs, motion granted and complaint dismissed. (See Urban Well Acupuncture, P.C. v Erie Insurance Company of New York, appeal numbered 16-214, decided herewith.) The Clerk is directed to enter judgment accordingly.
THIS CONSTITUTES THE ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 19, 2016